FILED
OCT 16 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT COURT
EAST ST. LOUIS OFFICE
DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| GERRY ALAN ESS, ) | |
| 903 Virginia Avenue ) | |
| Taylorville, Illinois 62568 ) | Case No. MISC-06-21-E-MJR |
| ) | |
| an Attorney, ) | |

## ORDER

A copy of an order of the State of Illinois Supreme Court, Springfield, Illinois, dated March 20, 2006, which disbarred you from practicing law in Illinois, was received and filed in this Court on March 29, 2006. On April 26, 2006, pursuant to Disciplinary Rule II of Rule 83.4(b) of the Rules of the United States District Court for the Southern District of Illinois, the Clerk of Court sent Notice to you, ordering you to inform the Court why the imposition of similar discipline by this Court, consisting of suspension from the practice of law in this Court, would be unwarranted. The Notice, which was mailed to you at your address of record, was returned, on May 23, 2006, as undeliverable.

On September 5, 2006, having obtained a different address, the Court entered Rule to Show Cause Order, ordering you to inform the Court, within thirty days, why suspension from practice of law in this Court, on the basis set forth above, would be unwarranted. The Court's Order was not returned as undeliverable, and the deadline has passed. The Court has received no response from you. **NOW, THEREFORE, IT IS**

**ORDERED** that Gerry Alan Ess is suspended from the practice of law in this Court effective immediately, and his name shall be stricken from the roll of attorneys admitted to practice before this Court.

Dated this  16th  day of October, 2006.


_____
G. PATRICK MURPHY, CHIEF U. S. DISTRICT JUDGE

_____
J. PHIL GILBERT, U. S. DISTRICT JUDGE

_____
DAVID R. HERNDON, U. S. DISTRICT JUDGE

_____
MICHAEL J. REAGAN, U. S. DISTRICT JUDGE